668

*October 10, 1944.*

MACKIE, Respondent, vs. STATE FAIR PARK, INC., Appellant,

For the appellant: *Robert A. Hess* of Milwaukee.
For the respondent: *Leo J. Kohn,* attorney, and *Samuel E. Gross* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.

KNAACK, Appellant, vs. KNAACK, Respondent.

For the appellant: *Earl E. Schumacher* of Beaver Dam.
For the respondent: *Lueck, Skupniewitz & Lueck* of Beaver Dam.

*By the Court.*—Judgment and order affirmed.